NOTE:  This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES M. GREEN, CECIL M. GREEN, RITA M. GREEN,**
*Plaintiffs-Appellants*

**v.**

**MONROVIA NURSERY COMPANY,**
*Defendant-Appellee*

---

2020-1742

---

Appeal from the United States District Court for the Central District of California in No. 2:18-cv-05257-RGK-GJS, Judge R. Gary Klausner.

---

## JUDGMENT

---

LANCE REICH, Holley Driggs, Las Vegas, NV, argued for plaintiffs-appellants.

DAVID A. DILLARD, Lewis Roca Rothgerber Christie LLP, Glendale, CA, argued for defendant-appellee.  Also represented by STEVEN ANDREW WILSON.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge*, TARANTO and CHEN, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<u>January 6, 2021</u>　　　<u>/s/ Peter R. Marksteiner</u>
Date　　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　Clerk of Court